IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUKE L. WHITEHEAD,

    Plaintiff,

v.

ALYSSA MOEHRKE, et al.

    Defendants.

ORDER

Case No.  24-cv-3-wmc

Plaintiff Luke L. Whitehead has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 25, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Luke L. Whitehead may have until January 25, 2024 to submit a trust fund account statement for the period beginning approximately July 2, 2023 and ending approximately January 2, 2024.  If, by January 25, 2024, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that

event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 3rd day of January, 2023.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge